**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RAMPARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-00429-KJD-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| THOMAS D. WELDON, | ) | (Mot. Ext. Time Serve - Dkt. #9) |
| | ) | |
| Defendant. | ) | |

      Before the court is Plaintiff's Motion for Extension of Time to Serve the Summons and Complaint (Dkt. #9). Plaintiff seeks a sixty-day enlargement of time from July 23, 2010 to September 21, 2010 to serve the Defendant with Summons and Complaint. The Complaint was filed March 26, 2010. Counsel for Plaintiff represents that since that time, he has been engaged in months-long settlement negotiations with the Defendant and his counsel to resolve the parties' dispute involved in this action. Plaintiff did not serve the Defendant while settlement negotiations were ongoing believing it would compromise attempts to settle the case. Counsel for Plaintiff has requested that Defendant's counsel accept service of the Summons and Complaint, but defense counsel has not responded. Counsel for Plaintiff also represents that its process servers have attempted to locate and serve the Defendant, but to date have been unable to do so. The motion is supported by the Affidavit of Craig Burton.

///
///
///
///
///

Having reviewed and considered the matter, and for good cause shown,

IT IS ORDERED Plaintiff's Motion for Extension of Time to Serve the Summons and Complaint is **GRANTED**, and Plaintiff shall have a sixty-day extension from July 23, 2010 to September 21, 2010 in which to serve Defendant with summons and complaint.

Dated this 28th day of July, 2010.

_____
Peggy A. Leen
United States Magistrate Judge